

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# PROBATION OFFICE

## MEMORANDUM

**TO:** Jim Molinelli
Criminal Part 1 Clerk

**FROM:** Shevell Rudolph
U.S. Probation Officer

**07 CRIM 398**

**RE:** Olivia Williams
05 CR 2-05

**DATE:** MAY 4, 2007

### TRANSFER OF JURISDICTION APPROVAL

On February 28, 2007, the Transfer of Jurisdiction Request from the District of Columbia to the Southern District of New York, was approved by the Honorable James Robertson, U.S. District Judge for the District of Columbia.

Enclosed please find the original of the Probation Form 22 (Transfer of Jurisdiction Order) and the original memo from the District of Columbia.

Please feel free to contact me if you have any questions or need further information regarding this request at (212) 805-5105.

Thank you

Shevell Rudolph
U.S. Probation Officer

MAY 1 0 2007
DATE